Ted W. Cassman (CSB 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

*Attorneys for Kevin Anderson*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00595 YGR |
| Plaintiff, | STIPULATION AND [P~~ROPOSE~~D] ORDER CONTINUING HEARING |
| v. | |
| KEVIN ANDERSON, | |
| Defendant | |

The defendant, Kevin Anderson, represented by Ted W. Cassman, and the government, represented by Katherine Wawrzyniak, Assistant United States Attorney, hereby stipulate to a continuance of the hearing currently set for January 11, 2018, to February 15, 2018 at 2:00 p.m. The continuance is requested to accommodate scheduling issues for counsel. It is further stipulated that time should be excluded and that there is good cause for the continuity of counsel pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv).

DATED: January 10, 2018

                                               /s/
                                 TED W. CASSMAN,
                                 Arguedas, Cassman & Headley, LLP
                                 Attorney for Kevin Anderson

1

DATED: January 10, 2018

                                    /s/
                         KATHERINE WAWRZYNIAK
                         Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

IT IS SO ORDERED.

DATED: January 10, 2018

YVONNE GONZALEZ ROGERS,
United States District Court Judge